SECURITY-FIRST NATIONAL BANK OF LOS
ANGELES ET AL. *v.* FRANCHISE TAX
BOARD OF CALIFORNIA.

No. 122.   Decided October 9, 1961.

*Pierce Works, Warren M. Christopher, Hugo A. Stein-
meyer, Richard E. Sherwood* and *Brenton L. Metzler* for
appellants.

*Stanley Mosk,* Attorney General of California, *James
E. Sabine,* Assistant Attorney General, and *Ernest P.
Goodman,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari is
denied.

ABLEMAN ET AL. *v.* CITY OF CEDAR RAPIDS.

No. 246.   Decided October 9, 1961.

*Ernest F. Pence* and *Roy A. Golden* for appellants.
*C. W. Garberson* and *William M. Dallas* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.